# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CPG INTERNATIONAL LLC,** | : | No. 3:15cv1045 |
|     **Plaintiff** | : | |
| | : | (Judge Munley) |
|     **v.** | : | |
| | : | |
| **SHELTER PRODUCTS, INC.** | : | |
|     **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 3rd day of February 2017, Plaintiff CPG International LLC's motion for partial summary judgment (Doc. 37) is hereby **DENIED**.

                                                 **BY THE COURT:**

                                                 **s/ James M. Munley**
                                                 **JUDGE JAMES M. MUNLEY**
                                                 **United States District Court**